UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

US Department of Labor, Secretary

        v.                        Civil No. 10-cv-572-LM

The Home Insurance Company et al.

O R D E R

On today's date, a telephone conference occurred in this matter. The following attorneys appeared: Kyle A. Forsyth for plaintiff, Department of Labor, and J. David Leslie for defendants, The Home Insurance Company and New Hampshire Insurance Commissioner.

Mr. Leslie intends to seek a stay of the plaintiff's claim in the state court liquidation proceeding pending the resolution of plaintiff's claim in federal court. The parties agree that in the event the state court grants the motion to stay, the plaintiff's request for emergency relief (doc. no. 5) will be moot.

The court orders the parties to file a status report on or before January 7, 2011, to update the court on the progress of the requested stay in state court.

SO ORDERED.

December 28, 2010                                         /s/ Landya B. McCafferty
                                                              Landya B. McCafferty
                                                              United States Magistrate Judge

cc:    Kyle Forsyth, Esq.
        David Leslie, Esq.
        J. Christopher Marshall, Esq.